| Date | Pleading Number | |
|---|---|---|
| 9/20/71 | 1 | MOTION OF DEFENDANT GENERAL DYNAMICS CORP. to transfer Civil Action No. 16817, W.D. La., to the N.D. of Texas for consolidated or coordinated pretrial proceedings with Civil Action No. 4-1738, N.D. Texas pursuant to 28 U.S.C. §1407. SUPPORTING MEMORANDUM. |
| ~~9/27/71~~ | ~~2~~ | ~~BRIEF IN SUPPORT OF MOTION FROM~~ |
| 9/28/71 | 2 | LETTER - from attorney for General Dynamics to attorneys for A-1 plaintiff and attorney for McDonald Douglas requesting a reply to motion. |
| 9/28/71 | | HEARING ORDER - October 29, 1971, San Francisco, California A-1 and A-2. Notified counsel and involved judges. |
| 10/5/71 | 3 | RESPONSE OF DEFENDANT (McDONALD-DOUGLAS) to motion to transfer. |
| 10/6/71 | 4 | Statement of Postion from plaintiff Stocks to the motion to transfer |
| 10/8/71 | 5 | MCDONNELL DOUGLAS letter response to motion to transfer. w/service indicated. |
| 10/8/71 | 6. | PLTF. GENTRY - letter response. |
| 10/13/71 | 7. | Pltf. STOCKS - ltr. response opposing consolidation other than N.D. Texas. |
| 10/15/71 | 8. | LTR. STMT. OF GENERAL DYNAMICS withdrawing concurrence unless transfer is to N.D. Texas. |
| 10/15/71 | 9. | LTR OF PLTF. GENTRY concurring with 10/5/71 ltr from Patterson (filed 10/8 |
| 11/16/71 | | ORDER - transferring A-1 to the N.D. TEXAS pursuant to 28 U.S.C. §1407 and assigning to Judge Leo Brewster. Notified transferee clerk, transferor clerk, and involved judges, hearing clerk. |

DOCKET NO. 84

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Description of Litigation  *Computer ID Code 539*

IN RE AIR CRASH DISASTER NEAR MANDEVILLE, LOUISIANA ON JANUARY 8, 1971

*M.D. - N.D. Texas - Judge Leo Brewster 11/16/71*

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-1 | Judy Lalanne Gentry, etc. v. General Dynamics Corp. *Dismissed 7/29/74* | W.D. La. 16817 | Putnam | 11/16/71 CA-4-1857 | Lafayette Div. |
| A-2 | Carol F. Stocks, etc. v. General Dynamics et al. *Dismissed 7/29/74* | N.D. Texas CA-4-1738 | Brewster | | Fort Worth Div. |

*Docket Closed July 29, 1974*

DOCKET NO. 84

## ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

IN RE AIR CRASH DISASTER NEAR MANDEVILLE, LOUISIANA ON JANUARY 8, 1971

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 | Bob Wright, Esquire<br>Domengeaux, Wright & Bienvenu<br>Post Office Box 3668<br>Lafayette, Louisiana  70501 | GENERAL DYNAMICS CORPORATION<br>Francis G. Weller, Esquire<br>Deutsch, Kerrigan & Stiles<br>1800 Hibernia Bank Building<br>New Orleans, Louisiana  70112 |
| A-2 | Alex Pope, Jr., Esquire<br>Pope, Hardwicke, Hobbs, Christie<br>  & Montgomery<br>805 Fort Worth National Bank Bldg.<br>Fort Worth, Texas  76102 | Frank Finn, Esquire<br>Thompson, Knight, Simmons & Bullion<br>Republic National Bank Building<br>Dallas, Texas  75201<br><br>McDONNELL DOUGLAS CORPORATION<br>W. B. Patterson, Esquire<br>Jackson, Walker, Winstead, Cantwell<br>  & Miller<br>1400 First National Bank Building<br>Dallas, Texas  75202<br><br>John I. Moore, Esquire<br>Taylor, Porter, Brooks & Phillips<br>Post Office Box 2471<br>Baton Rouge, Louisiana  70821 |

p. 1

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 84 -- Air Disaster at Mandeville, La.

COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| General Dynamics Corp. | A-1; A-2 |
| McDonnell Douglas Corp. | A-2 |