

DOCKET NO. 84

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE AIR CRASH DISASTER NEAR MANDEVILLE, LOUISIANA ON
JANUARY 8, 1971

ORDER

It appearing that all parties in the two actions listed
on the attached Schedule A agree on the desirability of trans-
ferring the action pending in the Western District of Louisiana
to the Northern District of Texas for coordinated or consoli-
dated pretrial proceedings under 28 U.S.C. §1407 and the Panel
having found, on the basis of the papers submitted and the hearing
held, that the actions involve common questions of fact and that
the transfer would serve the convenience of the parties and wit-
nesses and would further the just and efficient conduct of the
litigation,

IT IS ORDERED that the action pending in the Western District
of Louisiana be, and the same hereby is, transferred to the
Northern District of Texas and, with the consent of that Court,
assigned to the Honorable Leo Brewster for coordinated or consoli-
dated pretrial proceedings under 28 U.S.C. §1407 with the other
action listed on Schedule A and pending in that district.

FOR THE PANEL:

Alfred P. Murrah
Chairman



SCHEDULE A                                    DOCKET NO. 84

## WESTERN DISTRICT OF LOUISIANA

Judy Lalanne Gentry, etc. v. General          Civil Action
Dynamics Corporation                          No. 16817


## NORTHERN DISTRICT OF TEXAS

Carol F. Stocks, etc. v. General Dynamics     Civil Action
Corporation, et al.                           No. CA-4-1738